## Glover *v.* The State.

### *Larceny.*

(Decided Feb. 8, 1906. 40 So. Rep. 354.)

APPEAL from Autauga Circuit Court.
Heard before Hon. MACK A. SMITH, Special Judge.
No counsel marked for appellant.
MASSEY WILSON, Attornel General, for the State.
Affirmed.
Opinion by DOWDELL, J.

HARALSON, ANDERSON and DENSON, JJ., concur.

---

## Holman *v.* Calhoun.

### *Assumpsit.*

(Decided Feb. 8, 1906. 40 So. Rep. 356.)

APPEAL from Houston Circuit Court.
Heard before Hon. A. H. ALSTON.
SOLLIE & KIRKLAND and W. L. LEE, for appellant.
ESPY & FARMER, for appellee.
Reversed and remanded.
Opinion by DOWDELL, J.

TYSON, SIMPSON and ANDERSON, JJ., concur.

---

## Everett, *et al v.* Jordan, *et al.*

### *Ejectment.*

(Decided April 3, 1906. 40 So. Rep. 386.)

APPEAL from Houston Circuit Court.
Heard before Hon. TERRY RICHARDSON.
S. H. DENT, JR. and ESPY & FARMER, for appellant.
R. D. CRAWFORD, for appellee.
Affirmed.
Opinion by DOWDELL, J.

All the Justices concur.